UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:02-cr-396-LRH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| HEATHER MARIE LUNAK, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#23) on December 1, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** Bank of America
**Total Amount of Restitution Ordered:** $50,000.00

Dated this 8th day of August, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE